USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 7/9/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARTIER INTERNATIONAL, N.V. and CARTIER CREATION STUDIOS, S.A.,

Plaintiffs.

-against-

AMERICAN EXCHANGE LLC d/b/a TIMING TRENDS COMPANY, INC., OUNI MAMROUT a/k/a ALEN MAMROUT, JOSEPH MAMROUT, and JOHN DOES 2-10

Defendants.

Civil Action No.: 09-8338 (CM) (GWG)

**STIPULATION AND ORDER OF DISCONTINUANCE**

**WHEREAS**, plaintiffs Cartier International, N.V., now known as Cartier International AG, and Cartier Creation Studio, S.A. (together "Cartier"), having filed a complaint for alleged trade dress infringement, registered trade dress infringement, and design patent infringement against defendants American Exchange LLC d/b/a Timing Trends Company, Inc., Ouni Mamrout a/k/a Alen Mamrout, and Joseph Mamrout (together "American Exchange") (Cartier and American Exchange will collectively be referred to as the "Parties");

**WHEREAS**, the Parties are finalizing a confidential Settlement Agreement with certain obligations extending over several months, stipulate and agree as follows:

1. This Court has subject matter jurisdiction over the claims in this action relating to design patent, trademark and trade dress infringement and false designations of origin and false descriptions pursuant to 15 U.S.C. § 1121, 35 U.S.C. § 271, and 28 U.S.C. §§ 1331 and 1338(a).

2. Plaintiffs Cartier International, N.V., now known as Cartier International AG, a public limited company organized and existing under the laws of Switzerland, having its principal office and place of business at Hintersbergstrasse 22, 6330 Cham, Switzerland, and

Cartier Creation Studio, S.A., a Swiss corporation having its principal office and place of business at 8 Boulevard James-Fazy, Geneva, Switzerland.

3. Defendant American Exchange LLC d/b/a Timing Trends Company, Inc., a New York limited liability company, having its office and place of business at 1407 Broadway, Suite 2400, New York, New York 10018. Defendants Ouni Mamrout a/k/a Alen Mamrout and Joseph Mamrout are individuals and residents of New York City, New York.

4. Subject to Paragraph 5 below, this action is discontinued without prejudice and without costs; provided, however, that within seven (7) months of the date of this order, counsel for plaintiffs or defendants may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored. Any such application timely made shall be granted.

5. This Court shall retain jurisdiction over this matter for the purposes of enforcement of the Settlement Agreement entered into by the Parties.

SO STIPULATED:

Dated: New York, New York
July 8, 2010
SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: ______________________
Paul W. Garrity
30 Rockefeller Plaza, 24th Floor
New York, NY 10112
(212) 653-8700
*Counsel for Plaintiffs*

Dated: Brooklyn, New York
July 8, 2010
LAW OFFICES OF MORRIS FATEHA, P.C.

By: ______________________
Morris Fateha
2084 East 8th Street, 2nd Floor
Brooklyn, NY 11223
(718) 627-4600
*Counsel for Defendants*

SO ORDERED:

Dated: 7/9/2010 ______________________